MARCH 27, 1961

No. 65370.—Aut Customs Brokers, Inc. *v.* United States, protest 60/14609.  Protest abandoned February 6, 1961.  (Not published.)  Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, APRIL 3, 1961

No. 65371.—F. W. Woolworth Company et al. *v.* United States, protests 59/27534, etc.  (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65372.—M. Adler's Son, Inc., et al. *v.* United States, protests 59/32203, etc.  (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65373.—Commodore Mfg. Corp. *v.* United States, protest 59/32513 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65374.—M. Adler's Son, Inc., et al. *v.* United States, protests 60/5681, etc.  (New York).